UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINE L. CHEESE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DOLLAR GENERAL CORPORATION, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 1:15-cv-01842  LJO JLT<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS HOULD NOT BE IMPOSED FOR FAILURE TO FILE STATUS REPORT** |

　　　　At the request of the parties, on February 25, 2016, the Court stayed the action to allow the parties to participate in arbitration.  (Doc. 7)  In that order, the Court required, "Every 180 days and no later than 30 days after the arbitrator issues the decision, the parties **SHALL** file a joint status report setting forth the status of the matter and detailing whether the Court should lift the stay."  Id. Nevertheless, the parties have failed to file their status report.  Thus, the Court **ORDERS**:

　　　　1.　　**Within 14 days**, the parties **SHALL** show cause in writing why sanctions should not be imposed for their failure to comply with the Court's orders.  Alternatively, within this same 14 days, the parties may file their status report.

IT IS SO ORDERED.

　　Dated:　**September 1, 2016**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE