UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINE L. CHEESE,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DOLLAR GENERAL CORPORATION, et al.,<br><br>　　　　　　　　Defendants. | Case No. 1:15-cv-01842  LJO JLT<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

The Court ordered the parties to show cause why the Court should not impose sanctions due to their failure to file a status report as required (Doc. 7).  Alternatively, the Court allowed the parties to file their report and they have now done so. Thus, the Court **ORDERS**:

　　1.　　The order to show cause is **DISCHARGED.**

IT IS SO ORDERED.

　　Dated:　**September 14, 2016**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE