UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINE L. CHEESE,<br><br>                Plaintiff,<br><br>    v.<br><br>DOLLAR GENERAL CORPORATION, et al.,<br><br>                Defendants. | Case No. 1:15-cv-01842 LJO JLT<br><br>**ORDER TO COUNSEL TO FILE STATUS REPORT** |

At the request of the parties, on February 25, 2016, the Court stayed the action to allow the parties to participate in arbitration. (Doc. 7) In that order, the Court required, "Every 180 days and no later than 30 days after the arbitrator issues the decision, the parties **SHALL** file a joint status report setting forth the status of the matter and detailing whether the Court should lift the stay." Id. Nevertheless, the parties have failed to file their status report. Thus, the Court **ORDERS**:

    1.    **Within 14 days**, counsel **SHALL** file the joint status report. Failure to do so will result in the imposition of sanctions.

IT IS SO ORDERED.

    Dated:   **August 24, 2017**                    **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE