# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINE L. CHEESE,<br><br>        Plaintiff,<br><br>   v.<br><br>DOLLAR GENERAL CORPORATION, et al.,<br><br>        Defendants. | Case No.: 1:15-cv-01842 - LJO - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED MARCH 13, 2018 |

On March 13, 2018, the Court ordered the parties to show cause why sanctions should not be imposed due to their failure to file a status report as previously ordered. (Doc. 15; Doc. 7). In the alternative, the parties were directed to file a joint status report. (Doc. 15 at 2) In response, the parties filed their joint status report. (Doc. 16) Accordingly, the Court **ORDERS** that the order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

   Dated: __**March 29, 2018**__             __**/s/ Jennifer L. Thurston**__
                                                                                   UNITED STATES MAGISTRATE JUDGE