# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINE L. CHEESE, | Case No.: 1:15-cv-01842 - LJO-JLT |
| Plaintiff, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE STATUS REPORT |
| v. | |
| DOLLAR GENERAL CORPORATION, et al., | |
| Defendants. | |

On February 25, 2016, the Court stayed this action upon the request of the parties to allow the parties to participate in arbitration. (Doc. 7) At that time the Court directed: "Every 180 days and no later than 30 days after the arbitrator issues the decision, the parties **SHALL** file a joint status report setting forth the status of the matter and detailing whether the Court should lift the stay." (*Id.* at 2)

The parties last filed a joint status report on July 25, 2017 (after prompting by the Court), and reported the arbitration had been continued to May 2019 and that the defendant was intending to file a motion for summary judgment. (Doc. 18) Though more than 180 days have passed since they filed their last report, the parties have not filed another.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions.

1

*Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may issue sanctions for a party's failure to obey a court order. *See*, *e.g*. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (issuing terminating sanctions for failure to comply with an order); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (sanctions for failure to comply with a court order).

Thus, the Court **ORDERS**: Within 14 days, the parties **SHALL** show cause in writing why sanctions should not be imposed for their failure to comply with the Court's orders. Alternatively, within this same 14 days, the parties may file a joint status report.

IT IS SO ORDERED.

Dated: **February 4, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE