# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINE L. CHEESE, | Case No.: 1:15-cv-01842 - LJO - JLT |
| Plaintiff, | ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED MARCH 13, 2018 |
| v. | |
| DOLLAR GENERAL CORPORATION, et al., | |
| Defendants. | |

As it had on March 13, 2018, once again on February 4, 2019, the Court ordered the parties to show cause why sanctions should not be imposed due to their failure to file a status report as previously ordered. (Docs. 7, 15, 19). In the alternative, the parties were directed to file a joint status report. (Doc. 19 at 2) In response, the parties filed their joint status report. (Doc. 20) Accordingly, the Court **ORDERS** that the order to show cause is **DISCHARGED**. **Counsel are advised that the next time they fail to comply with the Court's orders, sanctions will be issued.**

IT IS SO ORDERED.

Dated: **February 8, 2019**              **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE