DAVID FAUSTMAN (SBN 81862)
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, California 90067-3005
Tel: 310.598.4150 / Fax: 310.556.9828
dfaustman@foxrothschild.com
Attorney for Defendants, DOLLAR GENERAL CORPORATION and
DOLGEN CALIFORNIA LLC

EMPLOYMENT LAWYERS GROUP
KARL GERBER, SBN: 166003
ANN GULESER, SBN: 210790
13418 Ventura Boulevard
Sherman Oaks, California 91423
Telephone:  818 783 7300
Facsimile:   818 995 7159
aguleser@emplaw.net
Attorneys for Plaintiff CORINE L. CHEESE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINE L. CHEESE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DOLLAR GENERAL CORPORATION; DOLGEN CALIFORNIA LLC; and DOES 1 through 100 inclusive.<br><br>Defendants. | CASE NO.:  1:15-cv-01842-LJO-JLT<br><br>**PARTIES' JOINT STIPULATION FOR A [PROPOSED] ORDER FOR DISMISSAL OF THE ENTIRE CASE**<br>**(Doc.** |

Plaintiff CORINE CHEESE ("Plaintiff"), and Defendants DOLLAR GENERAL

CORPORATION and DOLGEN CALIFORNIA LLC ("Defendants") (collectively the "Parties")

counsel of record undersigned below, hereby stipulate and agree as follows:

    1.    Parties reached a settlement in this case.

1

JOINT STIPULATION FOR A [PROPOSED] ORDER FOR DISMISSAL OF THE ENTIRE CASE
035355\00009\97131711

2. Plaintiff and Defendants wish to stipulate for a dismissal of the entire case, with prejudice.

IT IS SO STIPULATED

Dated: June 7, 2019            EMPLOYMENT LAWYERS GROUP


By: */s/Ann Guleser*
    ANN GULESER
    Attorneys for Plaintiff CORINE CHEESE

Dated: June 7, 2019            FOX ROTHSCHILD LLP


By: */s/ David Faustman*
    DAVID FAUSTMAN
    Attorney for Defendants DOLLAR GENERAL
    CORPORATION and DOLGEN
    CALIFORNIA, LLC

## **ORDER**

The parties have settled their case and have stipulated to the action being dismissed with prejudice. (Doc. 22) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation, it "automatically terminate[d] the action." <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   **June 19, 2019**                       **/s/ Jennifer L. Thurston**
                                                             UNITED STATES MAGISTRATE JUDGE